AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

James N. Alvarez

V.

ChoicePoint Services, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 11576 WGY

TO: (Name and address of Defendant)

ChoicePoint Services, Inc.
c/o Corporation Services Corp.
84 State Street
Boston, MA 02109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Deborah L. Thaxter, Esq.
David B. Mack, Esq.
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110-2131

an answer to the complaint which is served on you with this summons, within ___5 *___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

\* Please be advised that pursuant to 9 U.S.C. sec. 4, you have five (5) days after service of the Petition for Order Compelling Arbitration to respond to such petition.

JUL 14 2004

TONY ANASTAS
CLERK

_(signature)_
(By) DEPUTY CLERK

DATE

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE July 15, 2004 |
| NAME OF SERVER (PRINT) John F Keogh | TITLE Constable as a disinterested party |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):   Served in hand to Mr. Bernado Martinez as the process manager for Corporate Service Corporation, the registerdagent for CHOICEPOINT Service Inc.at its office at 84 State Street  Boston, MA.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL 20.00 | SERVICES 20.00 | TOTAL $0.00 $40.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on July 15, 2004
          Date

*Signature of Server*

36 Georganna Street
Braintree, MA. 02184

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.