UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES N. ALVAREZ, on behalf of himself and as Sellers Representative on behalf of former shareholders of the Marketing Information & Technology Trust and the Direct Mail Credit Data Trust,<br><br>Plaintiff,<br><br>v.<br><br>CHOICEPOINT SERVICES INC.,<br><br>Defendant. | CIVIL ACTION NO.<br>04 11576 WGY |

**MOTION TO DISMISS PETITION FOR ORDER COMPELLING
ARBITRATION PURSUANT TO 9 U.S.C. § 4
AND COMPLAINT FOR DECLARATORY RELIEF**

Defendant ChoicePoint Services Inc. hereby moves the Court pursuant to Rules 12(b)(6) and 12(b)(3) of the Federal Rules of Civil Procedure to dismiss Plaintiff James N. Alvarez's Petition for Order Compelling Arbitration Pursuant to 9 U.S.C. § 4 and Complaint for Declaratory Relief (the "Petition") on the ground that under the Federal Arbitration Act, 9 U.S.C. § 4, this Court lacks power to compel arbitration outside of this judicial district and on the further ground that the portion of the Petition that seeks declaratory relief fails to state a claim upon which relief can be granted.

Defendant's brief in support of this motion is filed contemporaneously herewith.

1

Respectfully submitted, this 22nd day of July, 2004.

_____
Mary Winstanley O'Connor (BBO# 541708)
Gaffin Krattenmaker & O'Connor P.C.
2400 Prudential Tower, 800 Boylston Street
Boston, Massachusetts 02199-8001
(617) 437-6530
(617) 437-9419 (fax)

Attorneys for Defendant ChoicePoint Services Inc.

Of Counsel:

Ralph B. Levy
James N. Gorsline
King & Spalding LLP
191 Peachtree Street
Atlanta, Georgia 30303-1763
(404) 572-4600

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JAMES N. ALVAREZ, on behalf of himself and as Sellers Representative on behalf of former shareholders of the Marketing Information & Technology Trust and the Direct Mail Credit Data Trust,<br><br>Plaintiff,<br><br>v.<br><br>CHOICEPOINT SERVICES INC.,<br><br>Defendant. | CIVIL ACTION NO.<br>04 11576 WGY |

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing pleading on counsel for plaintiff by causing a true and correct copy of the same to be deposited in the United States Mail, postage prepaid, addressed as follows:

> Deborah L. Thaxter
> David B. Mack
> Nixon Peabody, LLP
> 100 Summer Street
> Boston, MA 02110

This 22nd day of July, 2004.

Mary Winstanley O'Connor (BBO# 541708)
Gaffin Krattenmaker & O'Connor P.C.
2400 Prudential Tower, 800 Boylston Street
Boston, Massachusetts 02199-8001
Attorneys for Defendant ChoicePoint Services Inc.

-10-