UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

|  |  |  |
|---|---|---|
| JAMES N. ALVAREZ, on behalf of himself and as Sellers Representative on behalf of former shareholders of the Marketing Information & Technology Trust and the Direct Mail Credit Data Trust, | * * * * * * | CIVIL ACTION NO. 04 11576 WGY |
| Plaintiff, | * * |  |
| v. | * * |  |
| CHOICEPOINT SERVICES INC., | * * |  |
| Defendant. | * * |  |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## REQUEST FOR HEARING PURSUANT TO LOCAL RULE 7.1(D)

The defendant, Choicepoint Services Inc., requests, pursuant to Local Rule 7.1(D) that the court schedule for oral argument its motion to dismiss petition for order compelling arbitration pursuant to 9 U.S.C. section 4 and complaint for declaratory relief.

CHOICEPOINT SERVICES, INC.
By its attorney,

Mary Winstanley O'Connor
Giaffin, Krattenmaker & O'Connor, P.C.
2400 Prudential Tower
Boston, MA 02199
(617) 437-6530
BBO #541708

Date: July 22, 2004

{00017124.DOC}

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JAMES N. ALVAREZ, on behalf of himself )
and as Sellers Representative on behalf of )
former shareholders of the Marketing )
Information & Technology Trust and the )
Direct Mail Credit Data Trust, )
)
     Plaintiff, ) CIVIL ACTION NO.
)   04 11576 WGY
)
v. )
)
)
CHOICEPOINT SERVICES INC., )
)
     Defendant. )
)

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing pleading on counsel for plaintiff by causing a true and correct copy of the same to be deposited in the United States Mail, postage prepaid, addressed as follows:

     Deborah L. Thaxter
     David B. Mack
     Nixon Peabody, LLP
     100 Summer Street
     Boston, MA 02110

This _22nd_ day of July, 2004.

          Mary Winstanley O'Connor (BBO# 541708)
          Gaffin Krattenmaker & O'Connor P.C.
          2400 Prudential Tower, 800 Boylston Street
          Boston, Massachusetts 02199-8001
          Attorneys for Defendant ChoicePoint Services Inc.