UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES N. ALVAREZ, on behalf of himself and as Sellers Representative on behalf of former shareholders of the Marketing Information & Technology Trust and the Direct Mail Credit Data Trust,<br><br>Plaintiff,<br><br>v.<br><br>CHOICEPOINT SERVICES, INC.,<br><br>Defendant. | CIVIL ACTION<br>NO. 04-11576-WGY |

### ASSENTED-TO MOTION TO EXTEND TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS

Pursuant to Local Rule 7.2(B)(2), Plaintiff James N. Alvarez, with the assent of the Defendant, ChoicePoint Services, Inc., requests an extension of time to file its opposition to Defendant's Motion to Dismiss Petition For Order Compelling Arbitration Pursuant to 9 U.S.C. §4 and Complaint for Declaratory Relief. The current deadline is August 5, 2004. Plaintiff requests an extension to Friday, August 20, 2004 in order to facilitate discussion concerning a potential resolution of this matter.

| Assented to by: | Respectfully submitted by: |
|---|---|
| CHOICEPOINT SERVICES, INC., | JAMES N. ALVAREZ, on behalf of himself and as Sellers Representative on behalf of former shareholders of the Marketing Information & Technology Trust and the Direct Mail Credit Data Trust, |
| By its counsel, | By his counsel, |
| *[signature]* | *[signature]* |
| Mary Winstanley O'Connor (BBO# 541708)<br>Gaffin Krattenmaker & O'Connor P.C.<br>2400 Prudential Tower<br>800 Boylston Street<br>Boston, MA  02199-8001<br>(617) 437-6530 | Deborah L. Thaxter (BBO# 495520)<br>David B. Mack (BBO# 631108)<br>NIXON PEABODY, LLP<br>100 Summer Street<br>Boston, MA  02110<br>(617) 345-1000 |

Of Counsel:

Ralph B. Levy
James N. Gorsline
King & Spalding LLP
191 Peachtree Street
Atlanta, GA  30303-1763
(404) 572-4600

Dated:  August 3, 2004

CERTIFICATE OF SERVICE

I, David B. Mack, hereby certify that a true copy of the above document was served upon the attorney of record for each other party by first class mail on August 3, 2004

*[signature]*
David B. Mack